THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Brian Keith
 Kelly, Appellant.
 
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2012-UP-248
 Submitted April 2, 2012  Filed April 25,
2012    

AFFIRMED

 
 
 
 David B. Sample, of Fort Mill, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General William M. Blitch, Jr., all of
 Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Brian Keith Kelly appeals his conviction of obtaining signature or
 property under false pretenses, arguing the trial court erred in admitting
 evidence of prior bad acts.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v. Anderson, 386 S.C. 120, 126, 687 S.E.2d 35, 38 (2009) ("The admission of
 evidence is within the discretion of the trial court and will not be reversed
 absent an abuse of discretion.  An abuse of discretion occurs when the
 conclusions of the trial court either lack evidentiary support or are
 controlled by an error of law." (citation and internal quotation marks
 omitted)).
AFFIRMED.
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.